103 F.3d 112
 William M. Burkholder
v.
John Doe Holland, Warden, John Doe Hess, Dr., M.D., Robert
H. Richards, Jr., Dr., M.D., John Doe Grove, State Police
Officer, John Doe Hossack, Sheriff, Doe Lesniewski, Dr.,
M.D., Doe Russett, Dr., M.D., Health Care Dept., Health Care
Department at Sci-Huntingdon, Joseph Thorton, M.D., Martin
Heidzinski, M.D.
 NO. 96-7327
 United States Court of Appeals,
Third Circuit.
 Nov 27, 1996
 
 Appeal From: M.D.Pa., No. 92-CV-01413,
 Yanaskie, J.
 
 
 1
 AFFIRMED.